## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Michael Rodriguez

                    Plaintiff,

v.                                                   Case No.: 1:24−cv−06921

                                                            Honorable John Robert Blakey

United States Gypsum Company

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 4, 2024:

      MINUTE entry before the Honorable John Robert Blakey: The Court denies Defendant's motion to stay [16] pending a decision in Richards v. Eli Lilly & Co., and strikes the 10/9/24 Notice of Motion date. The Court remains unwilling to issue a blanket stay order for all FLSA cases based upon an appeal that has not yet been briefed. The Court will, however, extend the briefing schedule for Plaintiff's conditional certification motion, as follows: Plaintiff shall file any conditional certification motion by 2/3/25; Defendant shall respond by 3/3/25; and Plaintiff shall file any reply by 3/24/25. If the Court of Appeals resolves Richards after the parties brief the matter but before the Court rules, they remain free to file a notice of supplemental authority. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.