UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Michael Rodriguez
                              Plaintiff,

v.                                                                 Case No.: 1:24−cv−06921
                                                                           Honorable John Robert Blakey

United States Gypsum Company
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Defendant seeks an order requiring Plaintiffs to confer with Defendant on any future post−filing communications to notify potential opt−in plaintiffs of this lawsuit; Defendant represents that it merely seeks the opportunity to confer with Plaintiff's counsel before Plaintiff continues his efforts to notify potential opt−in plaintiffs of their ability to join this lawsuit. The Court finds the request to be both reasonable and consistent with the applicable law. Accordingly, the Court grants Defendant's motion for a protective order [19] requiring Plaintiffs to confer with Defendant on any future communications they initiate with putative collective action members for the purposes of notifying them of their ability to join this lawsuit. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.